**Kevin D. ROBERTS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 76480.

Missouri Court of Appeals, Western District.

Sept. 30, 2014.

Damien DeLoyola, Kansas City, MO, for appellant.

Jennifer Rodewald, Jefferson City, MO, for respondent.

Before Division Three: GARY D. WITT, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM:

Mr. Kevin D. Roberts appeals the judgment denying a Rule 29.15 post-conviction motion. Mr. Roberts claims that trial counsel was ineffective for failing to object to the State's question to him on cross-examination about the credibility of the self-defense story. He further claims that the question was an impermissible comment on post-arrest and pre-*Miranda* silence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).